ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| State of Ohio, ex rel. Michael Dewine, | ) | CASE NO. 5:17CV2566 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| Rover Pipeline, LLC, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the parties' joint motion to set a schedule for briefing a motion to remand and requesting that the Court continued its case management conference. Doc. 9. The motion is GRANTED IN PART and DENIED IN PART.

This matter was removed on December 8, 2017. As such, Plaintiff shall file its motion to remand by no later than December 29, 2017. Responses in opposition shall be filed no later than January 10, 2018. Any replies shall be filed by no later than January 15, 2018 by 12:00 p.m. Thereafter, the Court will determine whether the case management conference will proceed. Defendants' answer time shall be stayed until the Court resolves the motion to remand. At this time, the Court will maintain the docket of this matter to determine the remand issue. Thereafter, the Court will determine whether to accept the parties' consent to the magistrate judge in this matter.

IT IS SO ORDERED.

    December 22, 2017                                   /s/John R. Adams
Date                                                     John R. Adams
                                                             U.S. District Judge